UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Annette Johnson as Trustee for the heirs
and next of kin, of Lorna Johnson,
deceased,

      Plaintiff,   Civil No. 06-474 (RHK/RLE)

vs.   **DISQUALIFICATION AND**
    **ORDER FOR REASSIGNMENT**

Merck & Company, Inc.,

      Defendant.


The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: February 6, 2006

          s/Richard H. Kyle
          RICHARD H. KYLE
          United States District Judge